U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY - 9 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JACKIE LAMAR MILES, ID # 854814, ) | |
| Petitioner, ) | |
| vs. ) | No. 3:03-CV-2723-P |
| ) | |
| DOUGLAS DRETKE, Director, ) | |
| Texas Department of Criminal ) | |
| Justice, Correctional Institutions Division, ) | |
| Respondent. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

On April 28, 2005, the Court received an "Amendment to Brief" which purports to include new evidence not previously presented in this action. The Court has construed the "Amendment" as petitioner's objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Within the April 28, 2005 filing, petitioner asserts no direct or specific challenge to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The "objections" thus provide no basis to reject the findings or conclusions of the Magistrate Judge. Furthermore, the purported "new evidence" does not relate to this case.

SIGNED this 9th day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE